

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEPHANIE M. DEL TORO, | § | |
| | | No. 08-12-00193-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | County Court at Law Number Three |
| PAY AND SAVE, INC., DBA LOWE'S | § | |
| BIG 8 AND JESSE CRAWFORD, | | of El Paso County, Texas |
| | § | |
| Appellees. | | (TC# 2009-5430) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF AUGUST, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.